PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Elijah Abdullah                    Cr.: 17-00124-001
                                                                          PACTS #: 3060903

Name of Sentencing Judicial Officer:    THE HONORABLE FREDA L. WOLFSON
                                        CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/18/2017

Original Offense:    Count One: Conspiracy To Distribute and Possess with Intent to Distribute 100 Grams or More of Heroin, 21 U.S.C. § 846

Original Sentence: 74 months imprisonment, five years supervised release, $100 Special Assessment

Special Conditions: Alcohol/Substance Abuse Testing and Treatment, Life Skills Counseling, Gang Associate/Member, Motor Vehicle Compliance

Type of Supervision: Supervised Release                Date Supervision Commenced: 04/22/2022

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervisor has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
|  | During a home visit on May 24, 2022, Elijah Abdullah submitted to a drug screen and the results were positive for marijuana via a multi-panel instant test cup. Abdullah verbally admitted using marijuana on May 22, 2022 and executed an *Admittance of Drug Use* form. |

Prob 12A – page 2
Elijah Abdullah

U.S. Probation Officer Action:

Elijah Abdullah was reminded that marijuana remains illegal in the federal system, encouraged to make better decisions, and refrain from further substance abuse in the future. He was also advised that the noncompliance would be reported to the Court. At this juncture, it is respectfully requested that no action be taken by the Court. If Your Honor approves, the undersigned officer will increase urine monitoring for illicit drug use detection, and keep the Court apprised of any additional acts of noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Gisella M. Bassolino*
By:   GISELLA M. BASSOLINO
Senior U.S. Probation Officer

/ gmb

APPROVED:

*Sharon A. O'Brien   May 25, 2022*
SHARON O'BRIEN                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

May 25, 2022
Date